## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| W. EDWARD CULBERTSON, O.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:13-CV-1470-M |
| LUXOTTICA RETAIL NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Defendant's Motion for Summary Judgment [Docket Entry #80].

On November 24, 2014, the Court heard argument on the Motion. For the reasons stated on the

record at that hearing, the Motion for Summary Judgment is **GRANTED**. This disposition will

result in a judgment dismissing the claims against the Defendant.

   **SO ORDERED**.

   November 24, 2014.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1